UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME BANUELOS,<br><br>        Plaintiff,<br><br>   v.<br><br>R. WEISS, et al.,<br><br>        Defendants. | No.  2:19-cv-2370 JAM DB P<br><br>FINDINGS AND RECOMMENDATIONS |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On screening plaintiff's complaint, this court found plaintiff stated a potentially cognizable claim for sexual misconduct in violation of the Eighth Amendment against defendant Weiss.  This court further found that plaintiff failed to state an Eighth Amendment claim against Weiss regarding plaintiff's medical care.  (ECF No. 5.)  Plaintiff was given the option of proceeding on his sexual misconduct claim or amending his complaint.  Plaintiff has chosen to proceed on his sexual misconduct claim and recognizes that his medical claim will be dismissed.  (ECF No. 16.)

      Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claim against defendant Weiss for deliberate indifference to his serious medical needs in violation of the Eighth Amendment be dismissed.

////

1

1    These findings and recommendations will be submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after
3  being served with these findings and recommendations, plaintiff may file written objections with
4  the court.  The document should be captioned "Objections to Magistrate Judge's Findings and
5  Recommendations."  Plaintiff is advised that failure to file objections within the specified time
6  may result in waiver of the right to appeal the district court's order.  <u>Martinez v. Ylst</u>, 951 F.2d
7  1153 (9th Cir. 1991).

8  Dated:  May 28, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

17  DLB:9
DLB1/prisoner-civil rights/banu2370.scrn fr(2)