UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME BANUELOS, | No. 2:19-cv-2370 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| R. WEISS, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff alleges defendant committed sexual misconduct in violation of plaintiff's Eighth Amendment rights. On July 7, 2020, this court stayed these proceedings and referred this case to the court's Alternative Dispute Resolution ("ADR") program. A settlement conference has been scheduled for October 6, 2020. Defendant has requested to opt out of the ADR program. (ECF No. 28.) This court finds good cause for that request.

Defendant also asks the court to schedule a filing date for his responsive pleading 120 days out to permit him to conduct discovery and prepare a dispositive motion. Discovery is premature at this point. After defendant files an answer, this court will issue a Discovery and Scheduling Order setting deadlines for both parties to conduct discovery and for the filing of pre-trial motions.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's request to opt out of the ADR program (ECF No. 28) is granted.

2. The stay of these proceedings set out in the court's July 7, 2020 order (ECF No. 25) is vacated.

3. The settlement conference set for October 6, 2020 before Magistrate Judge Delaney is vacated.

4. Within thirty days of the filed date of this order, defendant shall file an answer or other responsive pleading.

Dated:  September 2, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/banu2370.adr opt out