IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAIME BANUELOS,<br><br>                      Plaintiff,<br><br>    v.<br><br>R. WEISS,<br><br>                      Defendant. | 2:19-cv-2370 JAM DB P<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DISCOVERY DEADLINE TO ALLOW DEFENDANT TO DEPOSE PLAINTIFF<br><br>Judge:      The Honorable Deborah Barnes<br>Action Filed:   November 23, 2019 |

Defendant Weiss seeks an extension of the discovery deadline from February 5, 2021 to February 26, 2021 to allow defendant to depose plaintiff.  Good cause appearing, IT IS HEREBY ORDERED that defendant's motion (ECF No. 33) is granted.  The discovery deadline is continued through February 26, 2021 for the sole purpose of permitting defendant to depose plaintiff.

Dated:  January 19, 2021

DLB:9/DB/prisoner-civil rights/banu2370.dso eot

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE