IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAIME BANUELOS,** | Case No. 2:19-cv-2370 JAM DB P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| v. | |
| **R. WEISS, et al.,** | Judge:   The Honorable Deborah Barnes |
| Defendants. | Action Filed:   November 23, 2019 |

Defendant Weiss moved this Court for an extension of the dispositive motion deadline from April 23, 2021 to April 27, 2021 to allow Defendant to file a dispositive motion.

After full consideration, and good cause appearing, the motion is granted. Defendant may file a dispositive motion by April 27, 2021. Pursuant to L.R. 230(l), the opposition, if any, is due twenty-one days after the date of service and the reply is due seven days after the opposition has been filed in EM/ECF.

**IT IS SO ORDERED.**

Dated:  April 23, 2021\_\_\_\_\_            /s/DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE