UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME BANUELOS, | No. 2:19-cv-2370 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| R. WEISS, et al., | |
| Defendants. | |

Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendant violated his Eighth Amendment rights. On April 27, 2021 defendant filed a motion for summary judgment. (ECF No. 37.) Plaintiff sought and obtained an extension of time to file an opposition. (ECF Nos. 38, 39.) Thereafter, plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 40.) Defendants filed an opposition. (ECF No. 41.) On October 12, 2021, the undersigned denied plaintiff's request for dismissal pursuant to Rule 41(a) because it was filed after defendant moved for summary judgment. (ECF No. 42.) Plaintiff was advised he could file a notice of voluntary dismissal under the correct subsection of Rule 41 or the parties could seek a stipulated dismissal.

Plaintiff has not responded to the October 12, 2021, order or filed a response to defendant's motion for summary judgment. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed

a waiver of any opposition to the granting of the motion . . . ." On October 7, 2020, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to that motion. (ECF No. 32 at 6.)

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed October 7, 2020, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that this action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to defendants' motion for summary judgment. Failure to file an opposition will be deemed a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: February 8, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/banu2370.osc.msj

2