1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAIME BANUELOS,                          No.  2:19-cv-2370 JAM DB P

12                  Plaintiff,

13        v.                                  ORDER

14   R. WEISS,

15                  Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On April 4, 2022, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within twenty days.  (ECF No. 45.)  Defendant

23   has filed objections to the findings and recommendations.  (ECF No. 46.)

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed April 4, 2022, are adopted in full;

2.  Defendant's motion for summary judgment (ECF No. 37) is granted, and

3.  This action is dismissed.


Dated:  May 11, 2022                          /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE